Judge   Marc Barreca
Chapter 7

## UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MARK S. FREDRICH
SHELLIE C. FREDRICH

Debtors.

No. 22-11189-MLB

**OBJECTION TO AMENDED EXEMPTIONS**

EDMUND J. WOOD, the Chapter 7 trustee herein, hereby objects to exemption of the property described below as claimed by the debtors in the Amended Schedule C filed with the court on January 18, 2023 at docket #25, for the reasons described:

### PROPERTY CLAIMED EXEMPT

| DESCRIPTION | STATUTE CITED | EXEMPTION CLAIMED | PETITION VALUE |
|---|---|---|---|
| LNI/worker's compensation claim/settlement | Wash. Rev. Code § 6.15.020 | $23,179.74 | $23,179.74 |

### REASONS FOR OBJECTIONS

The trustee is objecting to the debtors' claimed exemption in order to preserve his rights to object when more information is known to the trustee about the asset listed above which is claimed to be exempt. Specifically, these objections are as follows:

1. To the extent that the debtors are attempting to claim an exemption in excess of the value permitted either by federal or state law, the trustee objects to the assertion of such an exemption.

2. The Trustee has no information as to the injury sustained and whether it is properly categorized as a disability claim.

Dated this February 15, 2023

/s/ Denice E. Moewes
Denice E. Moewes, WSBA #19464
Attorney for Chapter 7 Trustee E. Wood

OBJECTION TO EXEMPTIONS

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

I CERTIFY under penalty of perjury that I caused a copy of the foregoing document to be delivered to the following by U.S. Postal Service with the required postage or by ECF as indicated:

U.S. Trustee  by ECF notification to USTPRegion18.SE.ECF@usdoj.gov
U.S. Courthouse
700 Stewart Street #5103
Seattle WA 98101-1271

Catherine Reny  by ECF notification and by US Postal Service with appropriate postage
600 Stewart Street, Suite1300
Seattle, WA 98101

Mark S. And Shellie C. Fredrich  by US Postal Service with appropriate postage
15714 E Shore Dr.
Lynnwood, WA 98087

Dated this February 15, 2023

/s/ Denice E. Moewes
Denice E. Moewes, WSBA #19464
Attorney for Chapter 7 Trustee E. Wood

OBJECTION TO EXEMPTIONS

Page 2

Wood & Jones, P.S.
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Case 22-11189-MLB    Doc 27    Filed 02/15/23    Ent. 02/15/23 14:08:51    Pg. 2 of 2